[Criminal No. 414.   Filed June 17, 1916.]

[158 Pac. 136.]

In the Matter of the Application of THOMAS JOHNS for a Writ of Habeas Corpus.   THOMAS JOHNS, Appellant, v. State, Respondent.

APPEAL from a judgment of the Superior Court of the County of Pima.   W. A. O'Connor, Judge.   Reversed.

Mr. John T. Hughes, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. Geo. O. Hilzinger, County Attorney, Mr. John H. Campbell and Messrs. Baker & Baker, for the State.

PER CURIAM.—This proceeding is in every respect similar to that in the *Matter of the Application of Joseph L. Wiley for a Writ of Habeas Corpus* (just decided by this court), *ante,* p. 239, 158 Pac. 135, and is governed by a like disposition.

The order of the superior court denying the said Thomas Johns bail is reversed, with directions to admit him to bail with sufficient sureties in such sum as, under all the circumstances of the case, may be reasonable and just.